ALBANY,
Oct. 1828.

Latimer
v.
Barton.

*S. Stevens*, for plaintiff.

---

LATIMER *ads.* BARTON.

On reversal of a judgment rendered in a justice's court in the city of N. York, the plaintiff in error is entitled to costs. The $50 act does not apply to the city of N. York.

MOTION to set aside taxation of costs. Costs were taxed in this cause on the reversal of a judgment rendered in a justice's court in the city of New-York, at $88,22. A motion was made to set the same aside, on the ground that on a reversal of a justice's judgment, the party prevailing is not entitled to costs.

*S. D. Craig*, for defendant.

*C. O'Connor*, for plaintiff.

*By the Court*, SAVAGE, Ch. J. We have held, that under the act of 1824, (*Statutes*, 6th *vol. c.* 279,) the party prevailing

on a certiorari in reversing a justice's judgment, is not entitled to costs. (7 *Cowen*, 536.) That act, however, does not apply to the city of New-York. There the proceedings before justices are still regulated by the general act relating to the city, (2 *R. L.* 370 *to* 399,) the 143d section of which allows the remedy by certiorari, and gives costs upon affirmance or reversal without limitation. That act is not repealed by the law of 1824; consequently, the remedy by certiorari upon justices' judgments in the city of New-York, remains as it has existed since 1813.

ALBANY,<br>Oct. 1828.

Motion denied with costs.